IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIKOLAS JARED BRITTON, | |
| Plaintiff, | No. C14-1017-EJM |
| vs. | NOTICE OF DISMISSAL |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and DAVON RAY TROYER, | |
| Defendants. | |

This action will be dismissed pursuant to Local Rule 41(b)(1), a copy of which is attached, unless appropriate action is taken by or no later than January 5, 2015.

DATED: December 22, 2014

        ROBERT L. PHELPS, Clerk of Court
        U.S. District Court for the Northern District of Iowa

        By:  s/Sarah K. Melvin
             Deputy Clerk