IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIKOLAS JARED BRITTON,<br><br>       Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and DAVON RAY TROYER,<br><br>       Defendants. | No. C14-1017-EJM<br><br>ORDER |

Appropriate action was not taken in this case within the time provided in the Court's Notice of Dismissal, dated December 22, 2014 (docket number 5).

Accordingly, IT IS ORDERED:

That Plaintiff takes nothing and this action is dismissed.

DATED: January 12, 2015

                                      ROBERT L. PHELPS, Clerk of Court
                                      U.S. District Court for the Northern District of Iowa

                                      By:    s/Sarah K. Melvin
                                                 Deputy Clerk