# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| NIKOLAS JARED BRITTON, | |
| Plaintiff, | No. C14-1017-EJM |
| vs. | JUDGMENT |
| INTERNATIONAL BUSINESS MACHINES CORPORATION and DAVON RAY TROYER, | |
| Defendants. | |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order filed on January 12, 2015 (docket number 6):

THAT Plaintiff take nothing and this action is dismissed.

Dated January 12, 2015

ROBERT L. PHELPS, CLERK OF COURT
U.S. District Court for the Northern District of Iowa

By: s/Sarah K. Melvin
Deputy Clerk